FRIEND & WALTON
A PROFESSIONAL LAW CORPORATION
RANDALL K. WALTON, ESQ.  (SBN: 155175)
ANN MARIE FRIEND, ESQ.   (SBN: 173473)
P.O. Box 830
Modesto, California 95353-0830
Telephone: (209) 238-0946
Facsimile: (209) 238-0953

Attorneys for Debtors,
ENRIQUE & MARIA LOPEZ

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

MODESTO DIVISION

| | |
|---|---|
| IN RE:<br><br>ENIQUE LOPEZ<br><br>MARIA LOPEZ<br><br>Debtor. | Case No.: **10-91383**<br>Chapter **7**<br><br>**DC NO:  FW-01**<br><br>Date: **May 26th 2010**<br>Time: **11:00 a.m.**<br>Place: **1200 I Street**<br>     **Suite 4**<br>     **Modesto, CA** |

### MOTION TO ABANDON PERSONAL PROPERTY – DEBTOR'S BUSIENSS

Debtor. ENIQUE LOPEZ, hereby requests, pursuant to Federal Rules of Bankruptcy Procedure, Rule 6007(b), an order abandoning the debtor's business, a sole proprietorship known as "HENRY'S RESTAURANT," for the reasons set forth in the declaration of Debtor, filed concurrently herewith.

Dated:    4-14-10

                    FRIEND & WALTON
                    A PROFESSIONAL LAW CORPORATION


                    /s/ Randy K. Walton Esq
                    RANDALL K. WALTON, ESQ., Attorney for
                    debtor ENRIQUE LOPEZ

Motion to Avoid Lien